Did the Superior Court incorrectly interpret the Pennsylvania [RTFA] by requiring a jury trial to determine that the land application of biosolids falls within the Act's definition of a "normal agricultural operation," which was contrary to the Act and this Court's precedent that statutes of repose and statutory interpretation present questions of law for resolution by courts, not juries?

struction that penal statutes must be strictly construed.

■

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Jason A. DOUGHTY, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 9, 2014.

### ORDER

PER CURIAM.

AND NOW, this 9th day of October, 2014, the Petition for Allowance of Appeal is **GRANTED.** The issue is:

Whether the [h]olding of this Honorable Supreme Court in *Commonwealth v. Brachbill,* [520 Pa. 533] 555 A.2d 82, 92 (1989), should be partially overturned[ ] or clarified so that it isn't in conflict with the plain language reading of 18 Pa. C.S.[ ] § 4952 and in conflict with the well[-]recognized rule of statutory con-

■

In re SUBSTITUTE NOMINATION CERTIFICATE OF Chris ROSS as Republican Candidate for the Pennsylvania House of Representatives in the 158th Legislative District.

Susan Rzucidlo, Richard Hicks, Diane Clayton, Mary Lynne Massi, Judy Porta, and David Unger, Objectors.

Carol Aichele, in her official capacity; The Pennsylvania Department of State; James L. Forsythe, in his official capacity; and Chester County Voter Services Republican Committee of Chester County, Intervenor.

Appeal of Susan Rzucidlo, Richard Hicks, Diane Clayton, Mary Lynne Massi, Judy Porta, and David Unger, Objectors.

Supreme Court of Pennsylvania.

Submitted Oct. 8, 2014.

Decided Oct. 16, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of October 2014, the Order of the Commonwealth Court is **AFFIRMED.**

**COMMONWEALTH of Pennsylvania,**
**Appellant**

v.

**Tarique WILSON, Appellee.**

Superior Court of Pennsylvania.

Argued May 20, 2014.

Filed Sept. 18, 2014.

Reargument Denied Nov. 21, 2014.

Hugh J. Burns, Jr., Assistant District Attorney and Priya M. Travassos, Assistant District Attorney, Philadelphia, for Commonwealth, appellant.

Victor E. Rauch, Public Defender, Philadelphia, for appellee.

BEFORE: PANELLA, J., LAZARUS, J., and JENKINS, J.

OPINION BY PANELLA, J.

The Commonwealth of Pennsylvania appeals the Court of Common Pleas of Philadelphia County order, which denied the Commonwealth's petition for a writ of *certiorari,* from the order entered in Municipal Court granting Appellee, Tarique Wilson's Motion to Suppress Evidence. The Commonwealth contends that the lower courts erred in determining that 75 Pa. C.S.A. § 3802(d), pertaining to driving under the influence of a controlled substance, requires blood testing within two hours of driving. After review, we reverse the order denying the Commonwealth's petition for writ of *certiorari* and remand for further proceedings.

On February 25, 2012, at 11:55 p.m., Philadelphia Police Officer Gregory Dixon